KAMER ZUCKER ABBOTT
Carol D. Zucker       #2543
Timothy W. Roehrs    #9668
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646

Attorneys for Defendant
The Mirage Casino-Hotel

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Yvette Weinstein, Trustee of the Bankruptcy Estate of Samuel V. Weitzel, | ) Case No. 2:08-cv-00627-RCJ-PAL |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| The Mirage Casino-Hotel, a Nevada Corporation, | ) |
| Defendants. | ) |

Pursuant to 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*, each party is to bear her/its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear her/its own costs and attorneys' fees and costs.

DATED this 8th day of July, 2011.

MARQUIS & AURBACH

By: _____
David A. Colvin      #4096
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel:   (702)  382-0711
Fax:   (702)  382-5816

Attorney for Yvette Weinstein
Trustee of the Bankruptcy Estate
of Samuel V. Weitzel
and Alexa J. Weitzel,
Bankruptcy Petition No.: 07-11899-lbr

KAMER ZUCKER ABBOTT

By: _____
Carol D. Zucker      #2543
Timothy W. Roehrs    #9668
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Tel:   (702) 259-8640
Fax:   (702) 259-8646

Attorneys for Defendant
The Mirage Casino-Hotel

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

09-15-2011