1   KAMER ZUCKER ABBOTT
    Carol D. Zucker       #2543
2   Timothy W. Roehrs     #9668
    3000 West Charleston Boulevard, Suite 3
3   Las Vegas, Nevada 89102-1990
    Tel:  (702) 259-8640
4   Fax: (702) 259-8646

5   Attorneys for Defendant
    The Mirage Casino-Hotel
6

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9   Yvette Weinstein, Trustee of the Bankruptcy    )    Case No. 2:08-cv-00627-RCJ-PAL
    Estate of Samuel V. Weitzel,                   )
10                                                 )
                            Plaintiff,             )    **STIPULATION FOR DISMISSAL**
11                                                 )    **WITH PREJUDICE**
                                                   )
    vs.                                            )
12                                                 )
    The Mirage Casino-Hotel, a Nevada              )
13  Corporation,                                   )
                            Defendants.            )
14  _____    )

15          Pursuant to 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through

16  their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed

17  in its entirety *with prejudice*, each party is to bear her/its own attorneys' fees and costs.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

KAMER ZUCKER ABBOTT    *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear her/its own costs and attorneys' fees and costs.

DATED this 8th day of July, 2011.

MARQUIS & AURBACH

By: _____
David A. Colvin        #4096
10001 Park Run Drive
Las Vegas, Nevada 89145
Tel:   (702)  382-0711
Fax:   (702)  382-5816


Attorney for Yvette Weinstein
Trustee of the Bankruptcy Estate
of Samuel V. Weitzel
and Alexa J. Weitzel,
Bankruptcy Petition No.: 07-11899-lbr

KAMER ZUCKER ABBOTT

By: _____
Carol D. Zucker      #2543
Timothy W. Roehrs    #9668
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Tel:   (702) 259-8640
Fax:   (702) 259-8646


Attorneys for Defendant
The Mirage Casino-Hotel


**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

09-15-2011